# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              NO. 4:16CR00049-15 KGB

DAVID JOSEPH BERNARD

## ORDER

Pending before the Court is a motion for issuance of a summons and revocation of pretrial release (*d.e. #162*).  For good cause shown, the motion for issuance of a summons in GRANTED.  The Clerk is directed to issue a summons to Defendant DAVID JOSEPH BERNARD for appearance at a hearing before United States Magistrate Judge J. Thomas Ray on July 19, 2016, at 11:00 a.m. to show cause why his pretrial release should not be revoked.

IT IS SO ORDERED this 13th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE